**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES CAREY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-6057** |
| **HERCULES OCEAN CORPORATION** | **SECTION "B" (1)** |
| **AND BELSHIPS MANAGEMENT** | |
| **SINGAPORE PTE, LTD.** | |

_____

**JUDGMENT**

_____

This matter came for trial on the merits before the Court, the Honorable Ivan L. R. Lemelle presiding, on November 28, 29, and 30, and December 6, 2007, and the issues having been duly tried, and a decision having been duly rendered,

**IT IS ORDERED and ADJUDGED** that

1.  Defendants, Hercules Ocean Corporation and Belships Management Singapore PTE. LTD**.,** are found to be liable jointly to plaintiff and their fault is found to have contributed 40% to the accident;

2. Plaintiff James Carey is found to be negligent and his fault is found to have contributed 60% to the accident;

3.  Plaintiff's damages, before reduction for his contributory negligence, are found to be as follows:

a.  Past Lost Wages $152,251.18; Past Medical Expenses $ 76,462.92; Past General Damages (including physical and mental pain and suffering, emotional distress,

loss of enjoyment of life and permanent disability and disfigurement) $187,500; interest on past damages at Louisiana judicial rate $100,952.95;

    b.  Future Loss of Wage Earning Capacity $497,800.00; Loss of  Future Fringe Benefits $119,106.00; Future Medical Expenses $200,079.00; and Future General Damages (including physical and mental pain and suffering, emotional distress, loss of enjoyment of life and permanent disability and disfigurement) $187,500.

4.  The above damages total $1,521,652.05, and reduced by 60% for contributory negligence results in an award of $608,660.82.

    In accordance with the above,

**IT IS ORDERED AND ADJUDGED** that plaintiff recover of defendants Hercules Ocean Corporation and Belships Management Singapore PTE. LTD**.,** the TOTAL AMOUNT of **$608,660.82**, with interest to run from December 6, 2007, at the rate provided by law, such recovery to be the *in solido* obligation of defendants; and that all costs of the actions are to be borne by defendants; and

**IT IS FURTHER ORDERED and ADJUDGED** that Ormet Primary Aluminum Corporation, a plaintiff in intervention as a result of being the employer of James Carey, is entitled to recover by preference and priority its lien in the full amount of **$233,500.95** from the above judgment, as a result of medical benefits and compensation paid out under the Longshoremen and Harborworkers' Compensation Act ("LHWCA") through time of trial.

    This 21st day of December, 2007, in New Orleans, Louisiana.

_____
IVAN L.R. LEMELLE, U.S. DISTRICT COURT JUDGE